# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **DONZEL SHEPHERD,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:16-cv-776** |
| | : | |
| **v.** | : | **Judge Michael Watson** |
| | : | |
| **OPPORTUNITIES FOR OHIOIANS** | : | **Magistrate Judge Kimberly Jolson** |
| **WITH DISABILITIES, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## JOINT MEDIATION REPORT

This Joint Mediation Report is made by counsel for Plaintiff and counsel for Defendants. As a result of the mediation the Plaintiff requested and received  numerous public records from the Defendants.  The parties are reviewing the documents received from this request, with the goal of having further negotiations sometime between July and September.

The parties continue to make good faith efforts to resolve this matter without the need for a trial.

Respectfully submitted,

|  | MICHAEL DEWINE (0009181) |
|---|---|
|  | Ohio Attorney General |
| | |
| s/Barbara S. Corner | s/Charissa D. Payer ** |
| **BARBARA S. CORNER (0064780)** | **CHARISSA D. PAYER (0064452)** |
| Trial Counsel | Trial Counsel |
| **WILLIAM G. PUCKETT (0087603)** | **DEBORAH A. ENCK (0093356)** |
| Co-Counsel for Plaintiff | Assistant Attorneys General |
| Disability Rights Ohio | Health & Human Services Section |
| 50 W. Broad Street, Suite 1400 | 30 E. Broad Street, 26th Floor |
| Columbus, Ohio  43215 | Columbus, Ohio  43215 |
| Telephone:  (614) 466-7264 | Telephone:  (614) 466-8600 |
| Facsimile:  (614) 644-1888 | Facsimile:   (866) 473-4885 |
| bcorner@disabilityrightsohio.org | Charissa.payer@ohioattorneygeneral.gov |
| wpuckett@disabilityrightsohio.org | Deborah.enck@ohioattorneygeneral.gov |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Joint Mediation Report was filed on June 13, 2017.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

s/Barbara S. Corner

**BARBARA S. CORNER (0064780)**
Trial Counsel

*Counsel for Plaintiff*

** Signature authorized per email dated 06/13/17.