# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **DONZEL SHEPHERD,** : | |
| : | |
| Plaintiff, : | Case No. 2:16-cv-776 |
| : | |
| v. : | Judge Michael Watson |
| : | Magistrate Judge Kimberly Jolson |
| **OPPORTUNITIES FOR OHIOANS** : | |
| **WITH DISABILITIES, et al.,** : | |
| : | |
| Defendants. : | |

## STIPULATION OF DISMISSAL OF CLAIMS
## OF PLAINTIFF DONZEL SHEPHERD

Now come the parties, through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and respectfully give notice of the stipulated dismissal, with prejudice, of the claims of Plaintiff Donzel Shepherd, each party to bear their own costs.

Respectfully submitted,

**MICHAEL DEWINE**
Ohio Attorney General

s/Charissa D. Payer **
**CHARISSA D. PAYER (0064452)**
Trial Counsel
**LISA M. HAYWOOD (0071673)**
Assistant Attorneys General
Health & Human Services Section
30 East Broad Street, 26th Floor
Columbus, Ohio 43215
(614) 466-8600; (866) 473-4885 fax
charissa.payer@ohioattorneygeneral.gov
lisa.haywood@ohioattorneygeneral.gov

Counsel for Defendants

s/Barbara S. Corner
**BARBARA S. CORNER (0064780)**
Trial Counsel
**WILLIAM G. PUCKETT (0087603)**
Co-Counsel for Plaintiff
Disability Rights Ohio
200 Civic Center Drive, Suite 300
Columbus, Ohio 43215-4234
(614) 466-7264; (614) 644-1888 fax
bcorner@disabilityrightsohio.org
wpuckett@disabilityrightsohio.org

Counsel for Plaintiff

** Signed per email authorization dated October 16, 2017.

{00411096-1}

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Stipulation of Dismissal was filed on October 16, 2017.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

s/Barbara S. Corner
**BARBARA S. CORNER (0064780)**
Trial Counsel
